

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00359-CV

| | | |
|---|---|---|
| EDGEFIELD HOLDINGS, LLC AS ASSIGNEE OF REGIONS BANK, Appellant | § | On Appeal from the 43rd District Court |
| | § | of Parker County (CV16-0784) |
| V. | | |
| KENNETH J. GILBERT, HELEN K. GILBERT, CHANDLER ESTATES, LTD., AND PARKER COUNTY REAL ESTATE INVESTMENTS, INC., Appellees | § | September 20, 2018 |
| | § | Opinion by Justice Pittman |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Edgefield Holdings, LLC as assignee of Regions Bank shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Mark T. Pittman_____
    Justice Mark T. Pittman